UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIAMOND STATE
INSURANCE COMPANY,

Plaintiff,

Case No. 24-cv-11389
Honorable Linda V. Parker

v.

STONE TREASURES, LTD, LLC,
STEVE HAMADE, and
LORENZO GONZALEZ-HERRERA,

Defendants.
______________________________________/

**OPINION AND ORDER GRANTING MOTION TO STAY PROCEEDINGS AND TO ADJOURN DATES UNDER THE PHASE II SCHEDULING ORDER BY 60 DAYS (ECF NO. 52)**

Plaintiff Diamond State Insurance Company ("Diamond State") filed this action on May 24, 2024, seeking a declaratory judgment as to its obligations to defend and indemnify Defendants Stone Treasures, Ltd, LLC and Steve Hamade pursuant to a general commercial liability insurance policy in an underlying action filed in state court by Defendant Lorenzo Gonzalez-Herrera. The matter is presently before the Court on Diamond State's motion to stay the proceedings and adjourn the Phase II scheduling order deadlines, in light of the parties' agreement in the state court action to pursue mediation with respect to that action and the one before this Court. The mediation is scheduled for August 24, 2026.

Although Diamond State was unable to obtain concurrence before filing the motion, no response in opposition to the motion has been filed. The Court finds good cause to stay this matter and adjourn the deadlines in the Phase II Scheduling Order. Therefore, the Court **GRANTS** Diamond State's motion (ECF No. 52). The matter is **STAYED** and the current deadlines are **ADJOURNED** for 60 days.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 4, 2026